NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESSEX ELECTRO ENGINEERS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**AVIATION GROUND EQUIPMENT CORP.,**
*Defendant-Appellee.*

---

2011-5016

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-379, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Essex Electro Engineers, Inc. moves for leave for the United States Court of Federal Claims to "correct the docket" of that court to include certain exhibits Essex argues were inadvertently omitted. The United States

does not oppose Essex's effort to seek this court's leave, but argues it is for the Court of Federal Claims to determine whether any documents were inadvertently omitted from its docket.

Accordingly,

IT IS ORDERED THAT:

The United States Court of Federal Claims is granted leave to consider, within its discretion, Essex Electro Engineers, Inc.'s motion to correct the docket.

FOR THE COURT

MAR 0 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul J. Seidman, Esq.
     Charles E. Raley, Esq.
     Joseph A. Pixley, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2011

JAN HORBALY
CLERK

s23